**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 15-7113**

─────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

RONALD KYLE VIVERETTE,

                Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:11-cr-00220-BO-1)

─────────

Submitted: October 20, 2015         Decided: October 23, 2015

─────────

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Ronald Kyle Viverette, Appellant Pro Se. Shailika S. Kotiya, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Kyle Viverette appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Viverette</u>, No. 5:11-cr-00220-BO-1 (E.D.N.C. June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>